10

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES STRICKLER, Defendant-Appellant.

(No. 74-111;

Fifth District—July 18, 1974.

PER CURIAM.
CREBS, J., took no part.

Robert E. Farrell and Michael J. Rosborough, both of the State Appellate Defender's Office, of Mt. Vernon, for appellant.

Ronald A. Niemann, State's Attorney, of Salem, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MELVIN HORNE, Defendant-Appellant.

(No. 73-48;

Fifth District—May 29, 1974.

*Rehearing denied August 7, 1974.*